

# Missouri Court of Appeals
## Southern District

**JANUARY 22, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No.  SD32621

   Re:    In re the Marriage of Ruth Pauline
          Splitter and Samuel Harold Splitter
          RUTH PAULINE SPLITTER,
          Petitioner-Appellant,
          vs.
          SAMUEL HAROLD SPLITTER,
          Respondent-Respondent.